THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Richard Lamonte
 Foster, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2009-UP-112
 Submitted March 2, 2009  Filed March 3,
2009

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Richard Lamonte Foster appeals his probation revocation.  He
 argues the trial court erred in revoking his probation without: (1) making the
 required finding that the failure to pay restitution was willful; (2) providing
 a preliminary revocation hearing; and (3) giving him credit for time served on
 probation.  We affirm[1] pursuant to Rule 220(b), SCACR, and State
 v. Conyers, 326 S.C. 263, 266, 487 S.E.2d 181, 183 (1997) (holding an issue
 must be raised to and ruled upon by trial judge to be preserved for appellate
 review).
AFFIRMED.
HUFF, WILLIAMS, and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.